1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Chavarria-Saucedo
7
8                                UNITED STATES DISTRICT COURT
9                            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA, )   Case No. 08MJ8540
                               )
12         Plaintiff,            )
                               )
13 v.                          )
                               )   **NOTICE OF APPEARANCE**
14 **ALFREDO CHAVARRIA-SAUCEDO,**  )
                               )
15         Defendant.            )
                               )
16
17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                               Respectfully submitted,
21 Dated: June 18, 2008                *s/ Bridget Kennedy*
                                       Federal Defenders of San Diego, Inc.
22                                  *bridget_kennedy@fd.org*
23
24
25
26
27
28

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Chavarria-Saucedo

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj8540 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **ALFREDO CHAVARRIAS-SAUCEDO,** | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: June 18, 2008       *s/ Bridget L. Kennedy*
**BRIDGET L. KENNEDY**
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:bridget_kennedy@fd.org